Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDSAY PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE USA, INC., a foreign corporation,<br><br>Defendant. | NO. 09-05377-RBL<br><br>ORDER IN SUPPORT OF JOINT MOTION TO EXTEND DEADLINE FOR FILING INITIAL DISCLOSURES |

THIS MATTER having come on before the Court on the parties' Joint Motion to Extend Deadline for Filing Initial Disclosures, and the Court having reviewed the records and file herein, and having found that good cause exists for the parties' Joint Motion, it is hereby ORDERED as follows:

That the deadline for filing Initial Disclosures pursuant to FRCP 26(a)(1) is hereby extended through and including January 19, 2010.

ORDER IN SUPPORT OF JOINT MOTION TO EXTEND
DEADLINE FOR FILING INITIAL DISCLOSURES - 1
(09-05377-RBL)

2568768.1
2731114.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

IT IS SO ORDERED this 13th day of January, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/William D. Marler, WSBA No. 17233
Attorneys for Plaintiff
MARLER CLARK, L.L.P., P.S.
6600 Columbia Center
701 Fifth Avenue
Seattle, WA 98104
Telephone:   206.346.1888
Facsimile:   206.346.1898
Email:       bmarler@marlerclark.com

s/Lisa Kay Wiese, WSBA No. 26594
Attorneys for Defendant Nestlé USA, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:   206.628.6600
Facsimile:   206.628.6611
Email:       lwiese@williamskastner.com

s/Alan M. Maxwell, GA Bar No. 678625
Admitted *Pro Hac Vice*
Attorneys for Defendant Nestlé USA, Inc.
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, GA 30326
Telephone:   404.832.9515
Facsimile:   404.875.9433
Email:       amaxwell@wwhgd.com

ORDER IN SUPPORT OF JOINT MOTION TO EXTEND
DEADLINE FOR FILING INITIAL DISCLOSURES - 2
(09-05377-RBL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2568768.1
2731114.1